# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D17-4118
_____

PHILLIP BURNS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

July 19, 2018


PER CURIAM.

   AFFIRMED.

WOLF, JAY, and WINSOR, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.